IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-11135
Summary Calendar
_____

JOSEPH NECH,

Plaintiff-Appellant,

versus

SHIRLEY S. CHATER, Commissioner of
Social Security,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 4:94-CV-348-A

_____
June 5, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Joseph Nech appeals the district court's affirmance of the
Commissioner's decision denying him social security disability
benefits. He argues that the findings of the administrative law
judge (ALJ) are not supported by substantial evidence. We have
carefully reviewed the record and the arguments. We detect no
error. Accordingly, we affirm for essentially the same reasons

_____

Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

given by the district court.  <u>See</u> <u>Nech v. Shalala</u>, No. 4:94-CV-348-A (N.D. Tex. Oct. 20, 1995).

Nech's request for attorney fees pursuant to 28 U.S.C. § 2412 is DENIED.

A F F I R M E D.